

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00088-CV

Guadalupe Cantu **FARIAS**, et al.,
Appellants

v.

Graciela **REYNA**, et al.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-13-261
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Jason Pulliam, Justice

Delivered and Filed:  August 26, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal due to settlement.  The motion contains a certificate of service to appellee, who does not oppose the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM